THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:14-CR-72-7-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| PATRICIA ANN KRAMER, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, PATRICIA ANN KRAMER's Motion to Seal Defendant's Sentencing Memorandum is hereby GRANTED.

So ordered. This the __22__ day of February, 2017.

_____
Honorable James. C. Dever, III
Chief United States District Judge